UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| AMBERG, ET AL., <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ET AL, <br><br> Defendant. | CV-24-70-BU-DLC <br><br> ORDER |

Consent to the jurisdiction of a United States Magistrate Judge having been met with objection,

IT IS ORDERED:

1. This case is reassigned to the Honorable Dana L. Christensen, United States District Judge, for all further proceedings and entry of judgment.

2. The Clerk of Court is directed to forthwith notify the parties of the making of this order.

DATED this 20th day of September, 2024.

_____
Honorable Dana L. Christensen
United States District Judge