IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| EDWARD AMBERG, SARAH JACKLIN, JAIME BANCROFT, and RACHEL JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Defendant. | CV 24–70–BU–DLC<br><br>ORDER |

On August 20, 2024, Defendant filed a motion to dismiss Plaintiffs' Complaint. (Doc. 5.) Subsequently, on September 10, 2024, Plaintiffs filed a First Amended Complaint (Doc. 10), which moots Defendant's earlier motion. *Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

Accordingly, IT IS ORDERED that Defendant's motion to dismiss (Doc. 5) is DENIED as moot. This order has no effect on the pendency of Defendant's motion to dismiss Plaintiffs' First Amended Complaint (Doc. 14).

DATED this 28th day of October, 2024.

_____
Dana L. Christensen, District Judge
United States District Court