UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| EDWARD AMBERG, SARAH JACKLIN, JAIME BANCROFT, and RACHEL JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and JOHN DOES 1-3,<br><br>Defendants. | Case No. CV-24-70-BU-DLC<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of July 1, 2025 (Doc. 26), this matter is dismissed with prejudice.

Dated this 1st day of July, 2025

TYLER P. GILMAN, CLERK

By:  /s/ Sarah Nagy
     Deputy Clerk